CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| PABLO FAVELA CORRAL, | : | **Hon. Jerome B. Simandle** |
| Petitioner, | : | Civil No. 07-2779 (JBS) |
| v. | : |  |
| CHARLES SAMUELS, et al., | : | **ORDER** |
| Respondents. | : |  |

For the reasons set forth in the Opinion filed herewith,

IT IS on this **31st** day of **March**, 2008,

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED WITH PREJUDICE; and it is further

ORDERED that Petitioner's motion for summary judgment is DENIED; and it is finally

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon the parties, and shall close the file.

                                        **s/ Jerome B. Simandle**
                                        **JEROME B. SIMANDLE, U.S.D.J.**